■ In the Matter of GERALDINE W. JONES, Respondent, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, and JAMES C. SULLIVAN et al., Appellants.—Appeal from a judgment of the Supreme Court, Queens County (Dunkin, J.), dated March 7, 1988.

Ordered that the judgment is affirmed, without costs or disbursements *(see, Matter of Ford v D'Apice,* 133 AD2d 191). Mollen, P. J., Thompson, Lawrence and Weinstein, JJ., concur.